UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME MARTINEZ HERNANDEZ,<br><br>                      Plaintiff,<br><br>                -against-<br><br>ROBERT BRYANT; JUAN O. PELHAM;<br>DERRICK MORRIS,<br><br>                     Defendants. | 21-CV-01756 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 5, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 5, 2021
         New York, New York

                                                COLLEEN McMAHON
                                            Chief United States District Judge